TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS-STATE BAR NO. 146904
PETER E. SCHNAITMAN-STATE BAR NO. 218982
TAE-YOON KIM-STATE BAR NO. 209934
1000 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90017-2475
Telephone: 213.430.3400
Facsimile: 213.430.3409
michael.zellers@tuckerellis.com
peter.schnaitman@tuckerellis.com
tae.kim@tuckerellis.com

Attorneys for Defendants
PFIZER INC. and MCKESSON CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGEN OGANYAN | Case No. 2:06-CV-00153-WBS-GGH |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER CONTINUING RULE 26(F) CONFERENCE** |
| PFIZER, INC., MCKESSON CORPORATION and DOES 1 through 100, inclusive | Scheduling Conference |
| | Date:       April 10, 2006 |
| Defendants. | Time:       9:00 a.m. |
| | Courtroom:  5 |
| _____ | Hon. William B. Shubb |

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

**STIPULATION AND PROPOSED ORDER CONTINUING RULE 26(F) CONFERENCE**

LAimanage / 28762 / 00165 / 569291 / 1 /

PDF created with pdfFactory trial version www.pdffactory.com

1  TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT
2  COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:
3  　　　　Plaintiff Vigen Oganyan and Defendants Pfizer Inc. and McKesson
4  Corporation, through their attorneys, file this Stipulation and Proposed Order.
5  　　　　This case, *Oganyan v. Pfizer Inc., et al.*, Case Number 2:06-CV-00153-
6  WBS-GGH, was filed in state court on December 2, 2005 and removed to this
7  court on January 20, 2006.
8  　　　　No discovery has been conducted or scheduled.
9  　　　　On January 25, 2006, Pfizer, pursuant to Rule 7.5(c) of the Rules of
10 Procedure of the Judicial Panel on Multidistrict Litigation ("JPML"), provided
11 notice to the MDL Panel of this "tag-along" action and requested that the MDL
12 Panel transfer this action to MDL-1699 – *In re Bextra and Celebrex Marketing;*
13 *Sales Practices and Products Liability* ("MDL-1699") currently pending in the
14 Northern District of California, the Honorable Charles R. Breyer, presiding.
15 　　　　On March 2, 2006, the JPML issued Conditional Transfer Order No. 17
16 which included this "tag-along" action for transfer.  Plaintiff has not opposed the
17 transfer of this action to MDL-1699.
18
19 / / /
20
21 / / /
22
23 / / /
24
25 / / /
26
27 / / /
28

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

2.
**STIPULATION AND PROPOSED ORDER**
**CONTINUING RULE 26(F) CONFERENCE**

LAimanage / 28762 / 00165 / 569291 / 1 /

PDF created with pdfFactory trial version www.pdffactory.com

In light of the pending transfer of this action to MDL-1699, the parties respectfully request that the Joint Status Report and additional Discovery Conference be continued for 60 days, or to a date no earlier than June 9, 2006.

SO STIPULATED.

DATED: March __, 2006            CLAYEO C. ARNOLD
                                 A PROFESSIONAL CORPORATION


By: _____
    Kirk Wolden
    Attorneys for Plaintiff
    VIGEN OGANYAN

DATED: March __, 2006            TUCKER ELLIS & WEST LLP


By: _____
    Peter E. Schnaitman
    Attorneys for Defendants
    PFIZER INC. and MCKESSON
    CORPORATION

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the above terms of this Stipulation are approved by this Court and a new Scheduling Conference is set for __July 17, 2006 at 9:00 am. The joint status report shall be filed by July 3, 2006.

Dated: March 24, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

LAimanage / 28762 / 00165 / 569291 / 1 /

PDF created with pdfFactory trial version www.pdffactory.com

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Maria Valdez, declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is Tucker Ellis & West LLP, 1000 Wilshire Blvd., Suite 1800, Los Angeles, California 90017-2475.

On March __, 2006, I served the foregoing document **STIPULATION AND PROPOSED ORDER CONTINUING RULE 26(F) CONFERENCE** by placing a true and correct copy of each document thereof, enclosed in a sealed envelope(s), addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

(X)  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( )  By Certified mail service return receipt requested, I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( )  By Personal Service, I caused such envelope(s) to be delivered by hand to the individuals so indicated at the address listed.

( )  By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above address(es) or on the attached service list.

( )  By facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) named above or on the attached service list at the facsimile numbers given thereat.

(X)  I declare that I am employed in the office of the Bar of this Court at whose direction the service was made.

(X)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March __, 2006 at Los Angeles, California.

                                            /S/
                                   Maria Valdez

PDF created with pdfFactory trial version www.pdffactory.com

## SERVICE LIST

<u>Oganyan v. Pfizer, Inc., et al.</u>
U.S.D.C., Eastern District

1
2
3  CLAYEO C. ARNOLD                         Rodney A. Klein, SBN 035541
   A Professional Corporation               Lawrence S. Paikoff, M.D., SBN
4  Clayeo C. Arnold, SBN 65070              191732
   Clifford L. Carter, SBN 149621           2300 Bell Executive Lane
5  608 University Avenue                    Sacramento, CA 95825
   Sacramento, CA 95825
6
   Telephone: (916) 924-3100                Telephone: (916) 929-6000
7  Facsimile: (916) 924-1829                Facsimile: (916) 929-5137

8  ***COUNSEL FOR PLAINTIFF***              ***COUNSEL FOR PLAINTIFF***

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

2.
**PROOF OF SERVICE**

PDF created with pdfFactory trial version www.pdffactory.com